UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Valsoft Corporation, Inc.

    v.                                Case No. 19-cv-672-JL

Joseph Adam Bacalan

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 4, 2020 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: September 14, 2020

cc:   Frank N. Gaeta, Esq.
      Katherine Elisabeth Hedges, Esq.
      Jamie N. Hage, Esq.
      Joseph Adam Bacalan, pro se